**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**Case No. 5:22-cv-00172-M**

| | | |
|---|---|---|
| **JONATHAN MANSON,** *et al.***,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **MARY-ANN BALDWIN, in her official** | ) | |
| **capacity as Mayor of the City of Raleigh,** | ) | **NOTICE OF DISMISSAL WITHOUT** |
| **MARCHELL ADAMS-DAVID, in her** | ) | **PREJUDICE** |
| **official capacity as City Manager of the** | ) | |
| **City of Raleigh, and the CITY OF** | ) | |
| **RALEIGH,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), given that no Defendants have served an answer or motion for summary judgment in this case, Plaintiffs hereby give notice that they are voluntarily dismissing this action without prejudice.

Respectfully submitted this the 29th day of June, 2023.

By:     */s/ James R. Lawrence, III*
        James R. Lawrence, III
        NC State Bar No. 44,560
        ENVISAGE LAW
        2601 Oberlin Rd, Suite 100
        Raleigh, NC 27608
        Telephone: 919.755.1317
        Facsimile: (919) 782.0452
        Email: jlawrence@envisage.law

        *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 29th day of June, 2023 a copy of the foregoing **NOTICE OF DISMISSAL WITHOUT PREJUDICE** was filed with the Clerk of Court using the CM/ECF system which will send notification to opposing counsel at the following address:

Brett A. Carpenter
David L. Woodard
Kaitlin C. Dewberry
Poyner Spruill, LLP
301 Fayetteville Street, Suite 1900
P.O. Box 1801 (27602-1801)
Raleigh, NC 27601
bcarpenter@poynerspruill.com
dwoodard@poynerspruill.com
kdewberry@poynerspruill.com

*Attorneys for Defendants Mary-Ann Baldwin, Marchell Adams-David, and the City of Raleigh*

By:     */s/ James R. Lawrence, III*
        James R. Lawrence, III